# United States Court of Appeals

## For the Eighth Circuit

_____

No. 15-1083

_____

Leonard Bieri, III

*Plaintiff - Appellant*

v.

Greene County Planning and Zoning Department; Scarlett Investments, LLC; First Home Savings Bank

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Missouri - Springfield

_____

Submitted: July 2, 2015
Filed: July 8, 2015
[Unpublished]

_____

Before SHEPHERD, BYE, and KELLY, Circuit Judges.

_____

PER CURIAM.

Missouri resident Leonard Bieri appeals the district court's[1] dismissal of his pro se complaint.  Also pending in this court is his request for certification, seeking to require the Missouri attorney general to intervene.  After careful de novo review, we conclude that Bieri's complaint was properly dismissed.  See Levy v. Ohl, 477 F.3d 988, 991 (8th Cir. 2007) (grant of motion to dismiss is reviewed de novo).  Accordingly, we affirm.  See 8th Cir. R. 47B.  The request for certification is denied.

_____

[1]The Honorable M. Douglas Harpool, United States District Judge for the Western District of Missouri.